Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

CC: DKW/FILE

UNITED STATES DISTRICT COURT

for the

_____ District of Hawaii

_____ Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 03 2023

at 12 o'clock and 09 min. P M
Lucy H. Carrillo, Clerk  LS

Victoria Korda

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-V-

Kennith Shimzo

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV23 00327 DKW WRP

(to be filled in by the Clerk's Office)

Received By Drop-Box

RECEIVED
CLERK, U. S. DISTRICT COURT

AUG 03 2023  12:09 pm

DISTRICT OF HAWAII

LS

## COMPLAINT AND REQUEST FOR INJUNCTION

I.   The Parties to This Complaint

   A.   The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if
   needed.

   FSC
   Mailed On
   Date 8/4/2023

   Complaint, D.D.,
   Blank IFP,
   R.16

   Name            Victoria Korda
   Street Address  431 Kuwili St
   City and County
   State and Zip Code  Honolulu   Hi  96817
   Telephone Number
   E-mail Address   VKorda.27@gmail.com

   B.   The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation. For an individual defendant,
   include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name — Kennith Shimzo

b or Title (if known) — Judge

Street Address — District 4 Akala Court house

City and County — Honolulu Hi

State and Zip Code — 96813

Telephone Number

E-mail Address (if known)

Defendant No. 2

Name — Margret Ching

b or Title (if known) — Officer occ

Street Address

City and County — Honolulu Hi

State and Zip Code — 96819    2199 Kamehameha

Telephone Number

E-mail Address (if known)

Defendant No. 3

Name — Sargent Anderson

or Title (if known) — OCCC Officer

Street Address

City and County — Honolulu Hi 96819

State and Zip Code — 2199 Kamehameha Hwy

Telephone Number — Honolulu Hi

E-mail Address (if known)

Defendant No. 4

Name — T. Kavaidu

b or Title (if known) — OCCC Officer

Street Address — 2199 Kamehameha Hwy

City and County — Honolulu Hi 96819

State and Zip Code

Telephone Number

E-mail Address (if known)

Pro Se 2 (Rev. 12/16) Complaint Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

100722    4672    712 1209.6

Violations Patients Rights 34 Ect

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the
information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at
issue—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant
was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights,
including the dates and places of that involvement or conduct. If more than one claim is asserted, number each
claim and write a short plain statement of each claim in a separate paragraph. Attach additional pages if
needed.

A.    Where did the events giving rise to your claim(s) occur?

District Court House

B.    What date and approximate time did the events giving rise to your claim(s) occur?

1/18/23

Pro Se 2 (Rev. 12/16) Complaint     quest for Injunction

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Kennith Shimzo Was told order of Release.

## IV.    Irreparable Injury

Explain why money damages at a later time would not adequately compensate you for the injuries you sustained, are suffering, or will sustain as a result of the events described above, or why such compensation could not be measured.

Assult Emotional impairment improper Treatment improper Judgement. improper Charges Pronouncsment Kiddnapping False imprisonment, root canal

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive monies.

Car Broker Trafficked For services into improper treatment Neglect Improper Charges improper Judgment Kiddnaping improper treatment. Homeless Due to procursment Assult Abuse

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8 | 3 | 23

Signature of Plaintiff    _Victoria Korda_

Printed Name of Plaintiff    Victoria Korda

### B.    For Attorneys

Date of signing:    ___ ___ ___

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____